## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **ELIOT GOLDSTEIN** | : |
| Plaintiff | : |
| vs. | : Case No. <u>8:12-cv-03329 PWG</u> |
| **WILLIAMSON AND BROWN, LLC** | : |
| Defendant | : |

### NOTICE OF SETTLEMENT

Plaintiff, Eliot Goldstein, by and through counsel, Martin S. Protas and The Law Offices of Martin S. Protas filed a Motion for Judgment herein on or about April 10, 2017 based on a stipulation agreement entered on September 17, 2013.

The parties have now entered into a further agreement to settle the case, fully and finally. Defendant has tendered the settlement funds to counsel for plaintiff. Accordingly, the parties hereby notify the Court that the case is fully settled pending the clearance of the settlement funds through defendant's bank and, therefore, request that the Court stay action on plaintiff's motion for a period of thirty (30) days, by which time a Notice of Dismissal will be filed upon clearance of the settlement funds.

Respectfully submitted,
THE LAW OFFICES OF MARTIN S. PROTAS

_____
Martin S. Protas, Bar No. 05411
31 Wood Lane
Rockville, MD 20850
301-340-1896 (telephone)
301-340-1897 (facsimile)
MSProtas@Protas-Law.net

*Attorney for Plaintiff*

May 22, 2017

## CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff hereby certifies that on May 22, 2017, the foregoing Plaintiff Eliot Goldstein's Notice of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system and with electronic notification to be given to the following:

Scott B. Wheat, Esq.
P.O. Box 858
Reisterstown, MD 21136

*Attorney for Defendant*

_____
Martin S. Protas
Attorney for Plaintiff

2