IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

ELIOT GOLDSTEIN

    Plaintiff

vs.                                       Case No. 8:12-cv-03329 PWG

WILLIAMSON AND BROWN, LLC

    Defendant

## NOTICE OF DISMISSAL

Plaintiff, Eliot Goldstein, by and through counsel, Martin S. Protas and The Law Offices of Martin S. Protas hereby enters this Complaint as fully **SETTLED AND DISMISSED WITH PREJUDICE** and accordingly moves this Honorable Court to cancel the Status Report presently due on June 22, 2017.

Respectfully submitted,
THE LAW OFFICES OF MARTIN S. PROTAS

_____
Martin S. Protas, Bar No. 05411
31 Wood Lane
Rockville, MD 20850
301-340-1896 (telephone)
301-340-1897 (facsimile)
MSProtas@Protas-Law.net

*Attorney for Plaintiff*

June 6, 2017

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Plaintiff hereby certifies that on June 6, 2017 the foregoing Plaintiff Eliot Goldstein's Notice of Settlement was electronically filed with the Clerk of the Court using the CM/ECF system and with electronic notification to be given to the following:

Scott B. Wheat, Esq.
P.O. Box 858
Reisterstown, MD 21136

*Attorney for Defendant*

_____
Martin S. Protas
Attorney for Plaintiff